UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

**LAYMAN T. FOSTER (#527255)**                                          CIVIL ACTION

**VERSUS**

**LT. FREEMAN**                                                          NO. 16-0038-JJB-EWD

### RULING

In January, 2016, *pro se* Plaintiff, an inmate confined at the Louisiana State Penitentiary ("LSP"), Angola, Louisiana, commenced this proceeding by submitting correspondence to the Court that appeared to assert a claim regarding the alleged violation of his constitutional civil rights pursuant to 42 U.S.C. § 1983. Plaintiff complained that he was maintained in too-tight restraints for several hours by the defendant correctional officer, Lt. Freeman, after a routine shake-down search of Plaintiff's cell on December 10, 2015.

Pursuant to correspondence dated March 10, 2016 (R. Doc. 3), the Court directed Plaintiff to re-submit his claim on the Court's approved Complaint form within twenty-one (21) days and, within such time, to either pay the Court's filing fee or submit a properly completed Motion to Proceed *In Forma Pauperis* and Statement of Account, blank copies of which were attached to the referenced correspondence. The Court's correspondence further specifically advised Plaintiff that "failure to amend the pleadings or provide the requested information or forms as indicated will result in the dismissal of your suit by the Court without further notice." *Id.*

A review of the record by the Court reflects that, despite notice and an opportunity to appear, Plaintiff has failed to respond to the Court's directives as required. Accordingly,

**IT IS ORDERED** that the above-captioned proceeding be **DISMISSED**, without prejudice, for failure of Plaintiff to correct the deficiencies of which he was notified. Judgment shall be entered accordingly.

Baton Rouge, Louisiana, this 14th day of April, 2016.

_____
JAMES J. BRADY
UNITED STATES DISTRICT JUDGE